# UNITED STATES
## v.
## MACCOUSE, A CHIEF OF THE CHIPPEWA NATION

### 1806

### JOURNAL ENTRIES

1. Indictment delivered and filed . . . . . *Journal, infra,* \*p. 34
2. Arraignment; plea; jurors; verdict; judgment . . . . " 34

### PAPERS IN FILE
[None]